900

No. 384. AMERICAN NATURAL GAS CO. ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Arthur R. Seder, Jr., Middleton Miller* and *Jules M. Perlberg* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *Joseph Kovner* for the United States.

No. 415. NEW YORK, CHICAGO & ST. LOUIS RAILROAD CO. *v.* WILES. C. A. 3d Cir. Certiorari denied. *Charles Monroe Thorp, Jr.* for petitioner.

No. 417. SOUTHERN COUNTIES GAS CO. OF CALIFORNIA *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. *Herman F. Selvin, Reginald L. Vaughan, Joseph R. Rensch* and *Milford Springer* for petitioner. *William M. Bennett* for Public Utilities Commission of California, *Rollin E. Woodbury, Harry W. Sturges, Jr., Oscar A. Trippet* and *Thomas H. Carver* for Southern California Edison Co., and *Joseph A. Ball* for Richfield Oil Corp., respondents.

No. 419. PAULING *v.* EASTLAND ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *A. L. Wirin* and *Fred Okrand* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *John G. Laughlin, Jr.* for respondents. *David I. Shapiro* and *Lawrence Speiser* filed a brief for American Civil Liberties Union, as *amicus curiae,* in support of the petition.

No. 252, Misc. GROVES *v.* KETTMANN, CHIEF OF POLICE, ET AL. Supreme Court of California. Certiorari denied.